# EXHIBIT #8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JESUS PEREZ, Individually, and on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BARRIER COMPLIANCE SERVICES, LLC,<br><br>Defendant. | Civil Action No. 2:19-cv-2598-JWL-TJJ |

### CONSENT TO BECOME A PARTY PLAINTIFF AND BE REPRESENTED

I, **Eric King**, hereby opt-in and consent and agree to be a party plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C § 201 *et. seq.* seeking unpaid overtime wages, liquidated damages, attorneys' fees, costs, and other relief against my current or former employer Barrier Compliance Services, LLC in the lawsuit entitled *Jesus Perez, individually, and on behalf of himself and all others similarly situated v. Barrier Compliance Services, LLC*, Case No.: 2:19-cv-2598-JWL-TJJ, in the United States District Court for the District of Kansas, and to be represented for all purposes in this lawsuit by Randall S. Strause and Courtney L. Graham of the Strause Law Group, PLLC and Mark V. Dugan and Heather J. Schlozman of Dugan Schlozman LLC. I hereby join my claims in this lawsuit and authorize the prosecution of this lawsuit on my behalf. I further designated the named Plaintiff, Jesus Perez, as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit.

Signature: *Eric King*    Date: Sep 1, 2021

Name (Print): Eric King

Address: 820 Bayshore Ln
Moore, SC 29369

Phone No.: 912-656-2480    Email: esking1248@gmail.com

Please complete and return this form **BY DATE: OCTOBER 18, 2021**
**By MAIL**: Barrier Compliance Services Litigation, Strause Law Group, PLLC, 804 Stone Creek Pkwy., Ste. One, Louisville, KY 40223
**By EMAIL**: cgraham@strauselawgroup.com
**By FAX**: (502) 426-6772